EXHIBIT 4

# CONFIDENTIAL EXHIBIT 4
# FILED UNDER SEAL